IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY L. SLY,

      Plaintiff,
vs.                                     CASE NO. 5:09cv153/RS-AK

DENNIS BEESTING, et al,

      Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Order and Report and Recommendation (Doc. 34) and Plaintiff's Response (Doc. 36), which shall be considered *de novo* as objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Amended Complaint (Doc. 31) is dismissed for failure to state a claim upon which relief may be granted.

3. The clerk shall note in the docket that this cause was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and constitutes a strike within the meaning of 28 U.S.C. §1915(g).

4. The clerk is directed to close the file.

**ORDERED** on July 21, 2009.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**